UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 3:13cr216 (JCH) |
| v. : | |
| : | 18 U.S.C. Section § 844(e) (Maliciously |
| JENNIFER CHIRICO : | Conveying False Information) |

INFORMATION

The United States Attorney charges that:

COUNT ONE

On or about March 8, 2013, in the District of Connecticut, the defendant JENNIFER CHIRICO, through the use of the telephone, maliciously conveyed false information knowing the same to be false, concerning an attempt to kill and injure individuals and unlawfully to damage and destroy buildings, by means of fire or an explosive, in or affecting interstate or foreign commerce.

In violation of Title 18, United States Code, Section 844(e).

UNITED STATES OF AMERICA

_____
DEIRDRE M. DALY
ACTING UNITED STATES ATTORNEY

_____
HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY